```
                  UNITED STATES BANKRUPTCY COURT
                  NORTHERN DISTRICT OF FLORIDA
                       PANAMA CITY DIVISION
```

IN RE:                               )
                                     )
FRANK BUCCI, INC.,                   )   CASE NO.  96-05910-PCY5
                                     )      CHAPTER 7
        Debtor.                      )
_____)

### REPORT OF UNCOLLECTED FUNDS

JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 1 | Perterbilt of Mobile, Inc.<br>P. O. Box 160527<br>Mobile, AL 36616 | 3.16 |
| 6 | Cherry Communications, Inc.<br>2205 Enterprise Dr., #501<br>Westchester, IL 60154 | 9.96 |
| 17 | Wells Fargo Bank, NA<br>P. O. Box 1148<br>San Leandro, CA 94577 | 178.25 |
| 18 | Wells Fargo Bank, NA<br>P. O. Box 1148<br>San Leandro, CA 94577 | 72.02 |
| 20 | First Card-FCC National Bank<br>P. O. Box 2975<br>Uniondale, NY 11553 | 29.53 |
| 23 | First Card-FCC National Bank<br>P. O. Box 2975<br>Uniondale, NY 11553 | 44.31 |
| 29 | Southco Insurance Svc.<br>4502 Twin Oaks Dr.<br>Pensacola, FL 32506 | 3.97 |
| 34 | Wells Fargo Bus Dir Div<br>P. O. Box 1148<br>San Leandro, CA 94577 | 74.91 |

| | | |
|---|---|---|
| 37 | Ready Bank<br>P. O. Box 36<br>Valparaiso, FL 32580 | 165.17 |
| 38 | Ready Bank<br>P. O. Box 36<br>Valparaiso, FL 32580 | 30.93 |
| 41 | East Coast Transports, Inc.<br>P. O. Box 168<br>Paulsboro, NJ 08066 | 44.11 |
| 42 | Western Surety-Old Code<br>5447 E. Fifth St., #110<br>Tucson, AZ 85711 | 3.00 |
| 43 | Western Surety-Old Code<br>5447 E. Fifth St., #110<br>Tucson, AZ 85711 | 6.42 |
| 44 | Thomas R. Youdbulis<br>P. O. Box 9811<br>Panama City Beach, FL 32417 | 142.68 |

Dated: 11/29/10

_____
JOHN E. VENN, JR.,
TRUSTEE
FL Bar No. 184992
220 W. Garden St.
Suite 603
Pensacola, FL 32502
(850) 438-0005